Talin V. Yacoubian (State Bar No. 169439)
Stewart J. Powell (State Bar No. 175226)
YACOUBIAN & POWELL LLP
725 South Figueroa St. Suite 1750
Los Angeles, California 90017
Telephone: (213) 955-7145
Facsimile:  (213) 955-7146

Attorneys for Plaintiff PIERRE AKKELIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE AKKELIAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SARKIS NOURIAN, an individual; GAGIK GEVORKYAN, an individual; ARMENIAN JEWELLERS ASSOCIATION, a business entity form unknown; and DOES 1 through 10, inclusive<br><br>Defendants | Case No.: 2:17-cv-1446 PSG (Ex)<br><br>[Assigned to Hon. Philip S. Gutierrez]<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRE-TRIAL CONFERENCE ORDER**<br><br>**PTC Date: October 29, 2018**<br>**Time: 2:30 PM**<br>**Courtroom: 6A**<br><br>**Trial Date: November 13, 2018** |

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff PIERRE AKKELIAN hereby lodges the [Proposed] Final Pretrial Conference Order.

Dated: October 22, 2018                        Respectfully submitted,

                                                  Yacoubian & Powell LLP

                                                  /s/ Talin V. Yacoubian
                                                  Talin V. Yacoubian
                                                  Attorneys for Plaintiff
                                                  PIERRE AKKELIAN

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. 1013a(3)/ Rules of Court, Rule 2060

I, Nara Kpryan, declare as follows: I am a citizen of the United States, over 18 years of age and am not a party to the within action. My place of employment and business address is 725 S. Figueroa Street, Suite 1750, Los Angeles, California 90017, which is located in the County of Los Angeles where the service took place.

On October 22, 2018, I served the foregoing document described as: **NOTICE OF LODGING OF [PROPOSED] FINAL PRE-TRIAL CONFERENCE ORDER** on all interested parties in this action:

☒ **VIA ELECTRONIC MAIL:**

I caused a PDF version of the documents to be transmitted by electronic mail to the party(s) identified below, using the e-mail address(es) indicated. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

Mr. Gagik Gevorkyan
1646 El Rito Avenue
Glendale, CA 91208
estetggg3@yahoo.com
cmecfatty@yahoo.com

Mr. Sarkis Nourian
16490 Monte Cristo Dr
Hacienda Heights, CA 91745
sarkisnourian@yahoo.com
cmecfatty@yahoo.com

3

**NOTICE OF LODGING OF [PROPOSED]
FINAL PRE-TRIAL CONFERENCE ORDER**

☒ **<u>VIA US MAIL:</u>**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 22, 2018, at Los Angeles, California.

  Nara Kpryan                            /s/ Nara Kpryan

**NOTICE OF LODGING OF [PROPOSED]
FINAL PRE-TRIAL CONFERENCE ORDER**